IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| RECONTRUST COMPANY, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-CV-3064-JLH |
| ) | |
| ROBERT J. MURPHY; BANK OF EUREKA ) | |
| SPRINGS; UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER FOR DISBURSEMENT

On this 12th day of May, 2008, the Court finds as follows:

1. Recontrust Company, N.A., by and through its attorneys, Dyke, Henry, Goldsholl & Winzerling, P.L.C., is retaining the sum of $70,199.58 in its trust account as a consequence of receipt of excess sale proceeds in the aftermath of a Mortgagee's Sale held on July 27, 2007.

2. Defendant Bank of Eureka Springs is claiming an interest in the amount of $47,032.30, on the note and mortgage dated May 25, 2004, as of May 1, 2008.

3. Defendant Bank of Eureka Springs is claiming an interest in the amount of $15,405.33, on the note and mortgage dated March 10, 2005, as of May 1, 2008.

4. Defendant United States of America is claiming an interest in the amount of $12,662.47, as of April 4, 2008.

5. Defendant Robert J. Murphy has failed to answer and is in default herein.

IT IS THEREFORE ORDERED AND ADJUDGED, as follows:

1. Dyke, Henry, Goldsholl & Winzerling, P.L.C., is directed to issue a check from its trust account made payable to Bank of Eureka Springs for the amount of $47,032.30.

2. Dyke, Henry, Goldsholl & Winzerling, P.L.C., is directed to issue a check from its trust account made payable to Bank of Eureka Springs for the amount of $15,405.33.

3. Dyke, Henry, Goldsholl & Winzerling, P.L.C., is directed to issue a check from its trust account made payable to the United States of America, Department of Treasury, Internal Revenue Service, delivered to the undersigned counsel for the United States, for the remaining amount of $7,761.95.

4. Dyke, Henry, Goldsholl & Winzerling, P.L.C., is discharged from any liability or further responsibility in connection with said funds after the disbursement of funds.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
US DISTRICT COURT JUDGE

DATE:_____

AGREED TO BY:

Dated: April 29, 2008

                                              s/ Shana M. Starnes
SHANA M. STARNES
Pennsylvania Bar 201317
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1707
Email: shana.m.starnes@usdoj.gov
*Attorney for Defendant United States*

Dated: April 29, 2008                         s/   J. Benton Dyke Jr.
J. BENTON DYKE JR.
Dyke, Henry, Goldsholl & Winzerling, P.L.C.
415 North McKinley, STE 555
Little Rock, Arkansas 72205
*Attorney for Plaintiff ReconTrust*

Dated: April 29, 2008                         s/   Wade A . Williams
WADE A. WILLIAMS
Williams Law Firm
70 South Main St, Suite 2
Eureka Springs, AR 72632
*Attorney for Defendant Eureka Springs*

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing <u>AGREED ORDER FOR DISBURSEMENT</u> was electronically filed with the Clerk of Court using the CM/ECF system which shall send notification of the filing to the following:

J. Benton Dyke Jr.
Dyke, Henry, Goldsholl & Winzerling, P.L.C.
415 North McKinley, STE 555
Little Rock, Arkansas 72205
Attorney for Plaintiff ReconTrust Company, N.A.

Wade A. Williams
Williams Law Firm
70 South Main St, Suite 2
Eureka Springs, AR 72632
Attorney for Defendant Eureka Springs

                s/Shana M. Starnes
                SHANA M. STARNES
                Pennsylvania Bar 201317
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 7238
                Ben Franklin Station
                Washington, D.C.  20044
                Telephone: (202) 616-1707
                Email: shana.m.starnes@usdoj.gov